**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7832**

---

WILLIAM A. BRADSHAW,

Plaintiff - Appellant,

versus

NANCY GINN, Work Release Coordinator; OFFICER
WILLIAMS; DR. KOLONGO, Medical Officer; ROY W.
CHERRY, Superintendent; MARY TARNOWSKI,
Medical Supervisor,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-02-1563)

---

Submitted: February 20, 2003      Decided: February 27, 2003

---

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

William A. Bradshaw, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William A. Bradshaw seeks to appeal the district court's order dismissing some claims and defendants from his action filed under 42 U.S.C. § 1983 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Bradshaw seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED